## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARLSON, MARK R. | § | Case No. 11-84075 |
| MARIK, JENNIFER M. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 20, 2011. The undersigned trustee was appointed on February 01, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $   5,014.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 280.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 4,734.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/10/2012 and the deadline for filing governmental claims was 04/10/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,153.24. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,153.24, for a total compensation of $1,153.24.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/24/2013     By: /s/JAMES E. STEVENS
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-84075 MB | | Trustee: (330420) | JAMES E. STEVENS |
|---|---|---|---|---|
| Case Name: | CARLSON, MARK R. | | Filed (f) or Converted (c): | 09/20/11 (f) |
| | MARIK, JENNIFER M. | | §341(a) Meeting Date: | 10/27/11 |
| Period Ending: | 05/13/13 | | Claims Bar Date: | 04/10/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with PNC Bank<br>Orig. Asset Memo: Imported from original petition Doc#<br>1; Imported from Amended Doc#: 23 | 25.00 | 0.00 | | 0.00 | FA |
| 2 | Savings and checking accounts with Members Allia<br>Orig. Asset Memo: Imported from original petition Doc#<br>1; Imported from Amended Doc#: 23 | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods and furnishings<br>Orig. Asset Memo: Imported from original petition Doc#<br>1; Imported from Amended Doc#: 23 | 2,700.00 | 0.00 | | 0.00 | FA |
| 4 | Dining table, AMENDED SCHEDULE DID NOT LIST<br>Orig. Asset Memo: Imported from original petition Doc#<br>1; Imported from Amended Doc#: 23 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Six Deborah Newton paintings<br>Orig. Asset Memo: Imported from original petition Doc#<br>1; Imported from Amended Doc#: 23  (See Footnote) | 3,000.00 | 1,000.00 | OA | 1,000.00 | FA |
| 6 | Denny Dent painting (showpiece of John Lennon)<br>Orig. Asset Memo: Imported from original petition Doc#<br>1; Imported from Amended Doc#: 23 | 400.00 | 765.00 | | 765.00 | FA |
| 7 | Two Maggie Thieniman screens<br>Orig. Asset Memo: Imported from original petition Doc#<br>1; Imported from Amended Doc#: 23 | 1,000.00 | 200.00 | | 200.00 | FA |
| 8 | Fitz & Floyd NOT LISTED ON AMENDED SCHED.<br>Orig. Asset Memo: Imported from original petition Doc#<br>1; Imported from Amended Doc#: 23 | 0.00 | 0.00 | | 0.00 | 0.00 |

Page: 2

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 11-84075 MB | **Trustee:** (330420) JAMES E. STEVENS |
| **Case Name:** CARLSON, MARK R. | **Filed (f) or Converted (c):** 09/20/11 (f) |
| MARIK, JENNIFER M. | **§341(a) Meeting Date:** 10/27/11 |
| **Period Ending:** 05/13/13 | **Claims Bar Date:** 04/10/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Diamond earrings (2 pairs) & necklace set Gold &<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23; Original lien amount: 0.00 | 9,750.00 | 0.00 | | 0.00 | FA |
| 11 | 3 carat wedding ring<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 2,100.00 | 0.00 | | 0.00 | FA |
| 12 | Emerald & diamond earrings & necklace set<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 720.00 | 423.00 | | 423.00 | FA |
| 13 | Emerald & diamond wedding ring<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 275.00 | 0.00 | | 0.00 | FA |
| 14 | Loose precious stones<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23; Original petition value: 1500.00 | 25.00 | 0.00 | | 0.00 | FA |
| 15 | Emerald & diamond bangle bracelet<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 275.00 | 423.00 | | 423.00 | FA |
| 16 | Lady's gold and emerald ring | 275.00 | 424.00 | | 424.00 | FA |

Printed: 05/13/2013 09:52 AM    V.13.13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-84075 MB | Trustee: (330420) | JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | CARLSON, MARK R. | Filed (f) or Converted (c): | 09/20/11 (f) |
| | MARIK, JENNIFER M. | §341(a) Meeting Date: | 10/27/11 |
| Period Ending: | 05/13/13 | Claims Bar Date: | 04/10/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | | | | | |
| 17 | Loose diamond<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 2,600.00 | 0.00 | | 0.00 | FA |
| 18 | Universal policy with Met Life<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 29,000.00 | 0.00 | | 0.00 | FA |
| 19 | Term policy from employment<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 1.00 | 0.00 | | 0.00 | FA |
| 20 | 401k<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 33,000.00 | 0.00 | | 0.00 | FA |
| 21 | IMRF<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | Unknown | 0.00 | | 0.00 | FA |
| 22 | Stock account with PNC Investments owned by Mark<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 16.00 | 0.00 | | 0.00 | FA |
| 23 | 57 shares of Textron stock FMV $16/share<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 912.00 | 912.00 | | 912.00 | FA |

Page: 4

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 11-84075 MB | Trustee: | (330420) JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | CARLSON, MARK R. | Filed (f) or Converted (c): | 09/20/11 (f) |
| | MARIK, JENNIFER M. | §341(a) Meeting Date: | 10/27/11 |
| Period Ending: | 05/13/13 | Claims Bar Date: | 04/10/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | 16 shares of Limited Brands, Inc. FMV $37/share<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 592.00 | 592.00 | | 592.00 | FA |
| 25 | Savings bond<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 130.00 | 130.00 | | 130.00 | FA |
| 26 | Money owed to debtors<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 2,000.00 | 0.00 | | 0.00 | FA |
| 27 | 1998 Toyota Camry<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 500.00 | 0.00 | | 0.00 | FA |
| 28 | 1987 Mercedes<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 500.00 | 0.00 | | 0.00 | FA |
| 29 | Riding lawnmower<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 100.00 | 0.00 | | 0.00 | FA |
| 30 | Painting by Kim Wolfe (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 23; Original petition value: 100.00; Original asset description: Riding lawnmower  (See Footnote) | 110.00 | 0.00 | OA | 0.00 | FA |
| 31 | Itzchak Tarkey painting entitled "Painted Ladies (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 23; | 60.00 | 60.00 | | 60.00 | FA |

Printed: 05/13/2013 09:52 AM    V.13.13

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84075 MB
**Case Name:** CARLSON, MARK R.
  MARIK, JENNIFER M.
**Period Ending:** 05/13/13

**Trustee:** (330420)   JAMES E. STEVENS
**Filed (f) or Converted (c):** 09/20/11 (f)
**§341(a) Meeting Date:** 10/27/11
**Claims Bar Date:** 04/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Original petition value: 100.00; Original asset description: Riding lawnmower | | | | | |
| 32 | Set of three (3) prints which debtors entitled " (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 23;<br>Original petition value: 100.00; Original asset description: Riding lawnmower | 50.00 | 85.00 | | 85.00 | FA |
| 33 | "Scarf" AMENDED SCHEDULES DID NOT LIST (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 23;<br>Original petition value: 100.00; Original asset description: Riding lawnmower | 0.00 | 0.00 | | 0.00 | 0.00 |
| 34 | Print called by "Japanese Bridge" (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 23;<br>Original petition value: 100.00; Original asset description: Riding lawnmower  (See Footnote) | 85.00 | 0.00 | OA | 0.00 | FA |
| 34 | **Assets**   Totals (Excluding unknown values) | **$91,001.00** | **$5,014.00** | | **$5,014.00** | **$0.00** |

RE PROP# 5    Order abandoning remainder of prints entered on  2/27/13
RE PROP# 30   OA entered February 27, 2013
RE PROP# 34   2/27/13 Order Abandoning entered

**Major Activities Affecting Case Closing:**

Printed: 05/13/2013 09:52 AM    V.13.13

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 11-84075 MB | Trustee: (330420) | JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | CARLSON, MARK R. | Filed (f) or Converted (c): | 09/20/11 (f) |
| | MARIK, JENNIFER M. | §341(a) Meeting Date: | 10/27/11 |
| Period Ending: | 05/13/13 | Claims Bar Date: | 04/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** October 31, 2012     **Current Projected Date Of Final Report (TFR):** April 24, 2013 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-84075 MB | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | CARLSON, MARK R. | Bank Name: | The Bank of New York Mellon |
| | MARIK, JENNIFER M. | Account: | 9200-******36-66 - Checking Account |
| Taxpayer ID #: | **-***5429 | Blanket Bond: | $178,000.00  (per case limit) |
| Period Ending: | 05/13/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/06/12 | | Shirley M. Marik | | | | 1,270.00 | | 1,270.00 |
| | {12} | | Emerald and Diamond Earrings and Necklace Set | 423.00 | 1129-000 | | | 1,270.00 |
| | {15} | | Emerald and Diamond Bangle Bracelet | 423.00 | 1129-000 | | | 1,270.00 |
| | {16} | | emerald and diamond ring | 424.00 | 1129-000 | | | 1,270.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,245.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,220.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,195.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,170.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,145.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,120.00 |
| 09/12/12 | | Thomas P. Goble | purchase of two of Deborah Newton Paintings | | | 1,000.00 | | 2,120.00 |
| | {5} | | Shades of Whispering Day | 500.00 | 1129-000 | | | 2,120.00 |
| | {5} | | Growing Chorus | 500.00 | 1129-000 | | | 2,120.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,095.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,070.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,045.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,020.00 |
| 01/14/13 | | Shirley M. Marik | Sale of misc. items | | | 2,744.00 | | 4,764.00 |
| | {23} | | Textron Stock | 912.00 | 1129-000 | | | 4,764.00 |
| | {24} | | Shares Limited Brands | 592.00 | 1129-000 | | | 4,764.00 |
| | {25} | | Savings Bond | 130.00 | 1129-000 | | | 4,764.00 |
| | {6} | | Denny Dent painting | 765.00 | 1129-000 | | | 4,764.00 |

Subtotals :  $5,014.00  $250.00

{} Asset reference(s)  Printed: 05/13/2013 09:52 AM   V.13.13

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-84075 MB | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | CARLSON, MARK R. | | Bank Name: | The Bank of New York Mellon |
| | MARIK, JENNIFER M. | | Account: | 9200-******36-66 - Checking Account |
| Taxpayer ID #: | **-***5429 | | Blanket Bond: | $178,000.00 (per case limit) |
| Period Ending: | 05/13/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | {7} | | two Maggie Thieniman screens 200.00 | 1129-000 | | | 4,764.00 |
| | {31} | | Itzchak Tarkey painting 60.00 | 1229-000 | | | 4,764.00 |
| | {32} | | Scarf 12.50 | 1229-000 | | | 4,764.00 |
| | {32} | | Scarf 72.50 | 1229-000 | | | 4,764.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033042088 20130117 | 9999-000 | | 4,764.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,014.00 | 5,014.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,764.00 | |
| | | | Subtotal | | 5,014.00 | 250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,014.00 | $250.00 | |

{} Asset reference(s)

Printed: 05/13/2013 09:52 AM V.13.13

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-84075 MB | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | CARLSON, MARK R. | Bank Name: | Rabobank, N.A. |
| | MARIK, JENNIFER M. | Account: | ****170366 - Checking Account |
| Taxpayer ID #: | **-***5429 | Blanket Bond: | $178,000.00 (per case limit) |
| Period Ending: | 05/13/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,764.00 | | 4,764.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,754.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,744.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,734.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 4,764.00 | 30.00 | $4,734.00 |
| Less: Bank Transfers | | 4,764.00 | 0.00 | |
| Subtotal | | 0.00 | 30.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $30.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******36-66 | 5,014.00 | 250.00 | 0.00 |
| Checking # ****170366 | 0.00 | 30.00 | 4,734.00 |
| | $5,014.00 | $280.00 | $4,734.00 |

{} Asset reference(s)                                Printed: 05/13/2013 09:52 AM    V.13.13

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-84075
Case Name: CARLSON, MARK R.
Trustee Name: JAMES E. STEVENS

**Balance on hand:**   $   4,734.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   4,734.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,153.24 | 0.00 | 1,153.24 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 2,167.00 | 0.00 | 2,167.00 |

Total to be paid for chapter 7 administration expenses:   $   3,320.24
Remaining balance:   $   1,413.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   1,413.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 1,413.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,011.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ROCKFORD MERCANTILE AGENCY | 1,011.11 | 0.00 | 1,011.11 |

|  | Total to be paid for timely general unsecured claims: | $ | 1,011.11 |
|---|---|---|---|
|  | Remaining balance: | $ | 402.65 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 402.65 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 402.65 |

**UST Form 101-7-TFR (05/1/2011)**

  To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1.61. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $401.04.

**UST Form 101-7-TFR (05/1/2011)**