UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: CARLSON, MARK R.<br>MARIK, JENNIFER M.<br><br>Debtor(s) | § Case No. 11-84075<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 6/19/2013 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 05/13/2013    By: /s/JAMES E. STEVENS
                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: CARLSON, MARK R. | § Case No. 11-84075 |
|---|---|
| MARIK, JENNIFER M. | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,014.00 |
| *and approved disbursements of* | $ 280.00 |
| *leaving a balance on hand of* [1] | $ 4,734.00 |
| **Balance on hand:** | $ 4,734.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,734.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,153.24 | 0.00 | 1,153.24 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 2,167.00 | 0.00 | 2,167.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,320.24 |
| Remaining balance: | $ 1,413.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,413.76 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,413.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,011.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ROCKFORD MERCANTILE AGENCY | 1,011.11 | 0.00 | 1,011.11 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,011.11 |
| Remaining balance: | $ | 402.65 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 402.65 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 402.65 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1.61. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $401.04.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                                   Case No. 11-84075-TML
Mark R. Carlson                                                          Chapter 7
Jennifer M. Marik
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0752-3          User: jclarke                Page 1 of 3             Date Rcvd: May 22, 2013
                              Form ID: pdf006              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2013.
db/jdb        #+Mark R. Carlson,    Jennifer M. Marik,    6304 Halverson,    Rockford, IL 61109-4550
17813341       +AT&T Universal Card,   PO Box 6500,    Sioux Falls, SD 57117-6500
17813340        American Express,   BOX 0001,   Los Angeles, CA 90096-0001
17813342       +Barclay’s Bank Delaware,   1007 North Orange,    Wilmington, DE 19801-1239
17813344       +Blitt and Gaines, P.C.,   661 W. Glenn Ave,    Wheeling, IL 60090-6017
17813345       +CB Accounts Inc.,   PO Box 1289,    Peoria, IL 61654-1289
17813346       +Cheryl Marik,   1301 W. Madison,    #525,   Chicago, IL 60607-1953
17813347       +Codilis & Associates, P.C.,   15W030 North Frontage Road,    Suite 100,
                 Burr Ridge, IL 60527-6921
17813349        DENNIS BREBNER & ASSOCIATES,   860 Northpoint Blvd.,    Waukegan, IL 60085-8211
19572166        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
17813350       +Illinois Pathologist Services, LLC,    P.O. Box 9846,   Peoria, IL 61612-9846
17813352       +Jon Whitlock,   510 N. Prospect,    Rockford, IL 61107
17813353       +Leonard Bernstein, DDS,   4035 Morsay Drive,    Rockford, IL 61107-4896
17813355       +Mutual Management,   P.O. BOX 4777,    Rockford, IL 61110-4777
17813356       +National City,   1 National City Parkway,    Kalamazoo, MI 49009-8003
17813357        OSF St Anthony Medical Center,   5510 East State St,    Rockford, IL 61108-2381
17813360       +ROCKFORD MERCANTILE AGENCY,   2502 S. Alpine Road,    Rockford, IL 61108-7813
17813361       +ROSECRANCE,   1601 University Drive,    Rockford, IL 61107-2295
17813359        Rockford Eyey & Laser Center,    c/o PBO,   5785 Weaver Rd. Suite D,    Rockford, IL 61114
17813362       +Rusty DuFoe,   2007 Guilford Rd.,    Rockford, IL 61107-3224
17813363       +Scott White,   1419 National Ave.,    Rockford, IL 61103-7143
17813364       +Shirley Marik,   523 28th St.,    Rockford, IL 61108-1825
17813365        State of Illinois,   Department of Revenue,    P.O. Box 19044,    Springfield, IL 62794-9044
17813366       +Stern & Kyle Dentistry,   1110 S. Mulford Rd,    Rockford, IL 61108-4213
17813368       +Tim Jensen,   c/o Shriver, O’Neill & Thompson,    515 N. Court St.,    Rockford, IL 61103-6807
17813369        Universal Card/Citibank,   PO Box 6241,    Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17813343        E-mail/Text: bknotice@bhlmlaw.com May 23 2013 10:33:31      BLATT HASENMILLER LIEBSKER & MOORE*,
                 211 Landmark Drive, Suite C1,   Normal, IL 61761-2160
17813348       +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM May 23 2013 08:19:23      Creditors Protection SVC,
                 202 W. State St., Suite 300,   Rockford, IL 61101-1163
17813351        E-mail/Text: cio.bncmail@irs.gov May 23 2013 04:29:55     IRS***,   Department of the Treasury,
                 PO Box 21126,   Philadelphia, PA 19114
17813354       +E-mail/Text: pkasmar@reilly-lawoffices.com May 23 2013 11:03:14      MembersAlliance Credit Union,
                 c/o Reilly Law Offices,   6801 Spring Creek Road,    Rockford, IL 61114-7420
17813358       +E-mail/Text: arprimemail@primetherapeutics.com May 23 2013 11:01:37      Prime Therapeutics,
                 PO Box 650041,   Dallas, TX 75265-0041
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17813370       Unrelated third party
17813367     ##+Terry Hoss,   Attorney at Law,   P.O. Box 449,   Cherry Valley, IL 61016-0449
                                                                                           TOTALS: 1, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: jclarke              Page 2 of 3            Date Rcvd: May 22, 2013
                              Form ID: pdf006            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2013**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: jclarke              Page 3 of 3                  Date Rcvd: May 22, 2013
                              Form ID: pdf006            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2013 at the address(es) listed below:

```
          Brian A Hart    on behalf of Debtor Mark R. Carlson brian@joneshart.com,
           vanessa@rockfordbankruptcy.com
          Brian A Hart    on behalf of Joint Debtor Jennifer M. Marik brian@joneshart.com,
           vanessa@rockfordbankruptcy.com
          Carole J. Ryczek    on behalf of Trustee James E Stevens carole.ryczek@usdoj.gov
          Gloria C  Tsotsos    on behalf of Creditor   PNC Bank, National Association nd-two@il.cslegal.com
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
          James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 7
```