## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARLSON, MARK R. | § | Case No. 11-84075 |
| MARIK, JENNIFER M. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $86,587.00
*(without deducting any secured claims)*

Assets Exempt: $46,300.00

Total Distribution to Claimants:$1,012.72

Claims Discharged
Without Payment: $179,161.79

Total Expenses of Administration:$3,600.24

3) Total gross receipts of $      5,014.00     (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      401.04   (see **Exhibit 2** ), yielded net receipts of $4,612.96
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $50,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,600.24 | 3,600.24 | 3,600.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 179,322.79 | 1,012.72 | 1,012.72 | 1,012.72 |
| TOTAL DISBURSEMENTS | $229,322.79 | $4,612.96 | $4,612.96 | $4,612.96 |

4) This case was originally filed under Chapter 7 on September 20, 2011.
The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/29/2013 _____   By: /s/JAMES E. STEVENS _____
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Six Deborah Newton paintings | 1129-000 | 1,000.00 |
| Denny Dent painting (showpiece of John Lennon) | 1129-000 | 765.00 |
| Two Maggie Thieniman screens | 1129-000 | 200.00 |
| Emerald & diamond earrings & necklace set | 1129-000 | 423.00 |
| Emerald & diamond bangle bracelet | 1129-000 | 423.00 |
| Lady's gold and emerald ring | 1129-000 | 424.00 |
| 57 shares of Textron stock FMV $16/share | 1129-000 | 912.00 |
| 16 shares of Limited Brands, Inc. FMV $37/share | 1129-000 | 592.00 |
| Savings bond | 1129-000 | 130.00 |
| Itzchak Tarkey painting entitled "Painted Ladies | 1229-000 | 60.00 |
| Set of three (3) prints which debtors entitled " | 1229-000 | 85.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,014.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CARLSON, MARK R. | Dividend paid 100.00% on $401.04; Claim# SURPLUS; Filed: $401.04; Reference: | 8200-002 | 401.04 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$401.04** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Shirley Marik | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| TOTAL SECURED CLAIMS | | | $50,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,153.24 | 1,153.24 | 1,153.24 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 2,167.00 | 2,167.00 | 2,167.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,600.24 | $3,600.24 | $3,600.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IRS*** Department of the Treasury | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ROCKFORD MERCANTILE AGENCY | 7100-000 | N/A | 1,011.11 | 1,011.11 | 1,011.11 |
| 11 | ROCKFORD MERCANTILE AGENCY | 7990-000 | 161.00 | 1.61 | 1.61 | 1.61 |
| 2 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Prime Therapeutics | 7100-000 | 67.27 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF St Anthony Medical Center | 7100-000 | 457.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Leonard Bernstein, DDS | 7100-000 | 81.70 | N/A | N/A | 0.00 |
| NOTFILED | MembersAlliance Credit Union c/o Reilly Law Offices | 7100-000 | 3,585.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Eyey & Laser Center c/o PBO | 7100-000 | 210.65 | N/A | N/A | 0.00 |
| NOTFILED | Scott White | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Tim Jensen c/o Shriver, O'Neill & Thompson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Universal Card/Citibank | 7100-000 | 5,866.00 | N/A | N/A | 0.00 |
| NOTFILED | Terry Hoss Attorney at Law | 7100-000 | 411.12 | N/A | N/A | 0.00 |
| NOTFILED | Stern & Kyle Dentistry | 7100-000 | 912.90 | N/A | N/A | 0.00 |
| NOTFILED | Rusty DuFoe | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Jon Whitlock | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ROSECRANCE | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection SVC | 7100-000 | 936.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Universal Card | 7100-000 | 3,405.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclay's Bank Delaware | 7100-000 | 1,606.00 | N/A | N/A | 0.00 |
| NOTFILED | IRS*** Department of the Treasury | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 3,488.00 | N/A | N/A | 0.00 |

| NOTFILED | Illinois Pathologist Services, LLC | 7100-000 | 16.15 | N/A | N/A | 0.00 |
| NOTFILED | BLATT HASENMILLER LIEBSKER & MOORE* | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | DENNIS BREBNER & ASSOCIATES | 7100-000 | 1,138.00 | N/A | N/A | 0.00 |
| NOTFILED | Codilis & Associates, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blitt and Gaines, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cheryl Marik | 7100-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CB Accounts Inc. | 7100-000 | 481.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $179,322.79 | $1,012.72 | $1,012.72 | $1,012.72 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84075

**Case Name:** CARLSON, MARK R.
MARIK, JENNIFER M.

**Period Ending:** 08/29/13

**Trustee:** (330420)    JAMES E. STEVENS

**Filed (f) or Converted (c):** 09/20/11 (f)

**§341(a) Meeting Date:** 10/27/11

**Claims Bar Date:** 04/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with PNC Bank<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 | 25.00 | 0.00 | | 0.00 | FA |
| 2 | Savings and checking accounts with Members Allia<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods and furnishings<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 | 2,700.00 | 0.00 | | 0.00 | FA |
| 4 | Dining table, AMENDED SCHEDULE DID NOT LIST<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Six Deborah Newton paintings<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 (See<br>Footnote) | 3,000.00 | 1,000.00 | OA | 1,000.00 | FA |
| 6 | Denny Dent painting (showpiece of John Lennon)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 | 400.00 | 765.00 | | 765.00 | FA |
| 7 | Two Maggie Thieniman screens<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 | 1,000.00 | 200.00 | | 200.00 | FA |
| 8 | Fitz & Floyd AMENDED SCHED DID NOT LIST<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Clothing<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Diamond earrings (2 pairs) & necklace set Gold &<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23; Original<br>lien amount 0.00 | 9,750.00 | 0.00 | | 0.00 | FA |
| 11 | 3 carat wedding ring<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1: Imported from Amended Doc#: 23 | 2,100.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case Number: 11-84075
Case Name: CARLSON, MARK R.
MARIK, JENNIFER M.

Period Ending: 08/29/13

Trustee: (330420)    JAMES E. STEVENS
Filed (f) or Converted (c): 09/20/11 (f)
§341(a) Meeting Date: 10/27/11
Claims Bar Date: 04/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Emerald & diamond earrings & necklace set<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | 720.00 | 423.00 | | 423.00 | FA |
| 13 | Emerald & diamond wedding ring<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | 275.00 | 0.00 | | 0.00 | FA |
| 14 | Loose precious stones<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23; Original<br>petition value: 1500.00 | 25.00 | 0.00 | | 0.00 | FA |
| 15 | Emerald & diamond bangle bracelet<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | 275.00 | 423.00 | | 423.00 | FA |
| 16 | Lady's gold and emerald ring<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | 275.00 | 424.00 | | 424.00 | FA |
| 17 | Loose diamond<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | 2,600.00 | 0.00 | | 0.00 | FA |
| 18 | Universal policy with Met Life<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | 29,000.00 | 0.00 | | 0.00 | FA |
| 19 | Term policy from employment<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | 1.00 | 0.00 | | 0.00 | FA |
| 20 | 401k<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | 33,000.00 | 0.00 | | 0.00 | FA |
| 21 | IMRF<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | Unknown | 0.00 | | 0.00 | FA |
| 22 | Stock account with PNC Investments owned by Mark<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1; Imported from Amended Doc#: 23 | 16.00 | 0.00 | | 0.00 | FA |
| 23 | 57 shares of Textron stock FMV $16/share | 912.00 | 912.00 | | 912.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84075
**Case Name:** CARLSON, MARK R.
MARIK, JENNIFER M.

**Period Ending:** 08/29/13

**Trustee:** (330420)    JAMES E. STEVENS
**Filed (f) or Converted (c):** 09/20/11 (f)
**§341(a) Meeting Date:** 10/27/11
**Claims Bar Date:** 04/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1  Imported from Amended Doc#: 23 | | | | | |
| 24 | 16 shares of Limited Brands, Inc. FMV $37/share<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 592.00 | 592.00 | | 592.00 | FA |
| 25 | Savings bond<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 130.00 | 130.00 | | 130.00 | FA |
| 26 | Money owed to debtors<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 2,000.00 | 0.00 | | 0.00 | FA |
| 27 | 1998 Toyota Camry<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 500.00 | 0.00 | | 0.00 | FA |
| 28 | 1987 Mercedes<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 500.00 | 0.00 | | 0.00 | FA |
| 29 | Riding lawnmower<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 23 | 100.00 | 0.00 | | 0.00 | FA |
| 30 | Painting by Kim Wolfe (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 23; Original petition value: 100.00; Original asset description: Riding lawnmower (See Footnote) | 110.00 | 0.00 | OA | 0.00 | FA |
| 31 | Itzchak Tarkey painting entitled "Painted Ladies (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 23; Original petition value: 100.00; Original asset description: Riding lawnmower | 60.00 | 60.00 | | 60.00 | FA |
| 32 | Set of three (3) prints which debtors entitled " (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 23; Original petition value: 100.00; Original asset description: Riding lawnmower | 50.00 | 85.00 | | 85.00 | FA |
| 33 | "Scarf" AMENDED SCHEDULES DID NOT LIST (u)<br>Orig. Asset Memo: Imported from Amended Doc#: 23; Original petition value: 100.00; Original asset | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-84075 | **Trustee:** (330420) JAMES E. STEVENS |
| **Case Name:** CARLSON, MARK R. | **Filed (f) or Converted (c):** 09/20/11 (f) |
| MARIK, JENNIFER M. | **§341(a) Meeting Date:** 10/27/11 |
| **Period Ending:** 08/29/13 | **Claims Bar Date:** 04/10/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 34 | description: Riding lawnmower<br>Print called by "Japanese Bridge" (u)<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  23: Original petition value: 100.00; Original asset<br>  description: Riding lawnmower  (See Footnote) | 85.00 | 0.00 | OA | 0.00 | FA |
| 34 | **Assets**   Totals (Excluding unknown values) | **$91,001.00** | **$5,014.00** | | **$5,014.00** | **$0.00** |

RE PROP# 5     Order abandoning remainder of prints entered on 2/27/13
RE PROP# 30    OA entered February 27, 2013
RE PROP# 34    2/27/13 Order Abandoning entered

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 31, 2012          **Current Projected Date Of Final Report (TFR):**      April 24, 2013  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-84075 | |
| Case Name: | CARLSON, MARK R. | |
| | MARIK, JENNIFER M. | |
| Taxpayer ID #: | **-***5429 | |
| Period Ending: | 08/29/13 | |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******36-66 - Checking Account |
| Blanket Bond: | $277,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/06/12 | | Shirley M. Marik | | | | 1,270.00 | | 1,270.00 |
| | {12} | | Emerald and Diamond Earrings and Necklace Set | 423.00 | 1129-000 | | | 1,270.00 |
| | {15} | | Emerald and Diamond Bangle Bracelet | 423.00 | 1129-000 | | | 1,270.00 |
| | {16} | | emerald and diamond ring | 424.00 | 1129-000 | | | 1,270.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,245.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,220.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,195.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,170.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,145.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,120.00 |
| 09/12/12 | | Thomas P. Goble | purchase of two of Deborah Newton Paintings | | | 1,000.00 | | 2,120.00 |
| | {5} | | Shades of Whispering Day | 500.00 | 1129-000 | | | 2,120.00 |
| | {5} | | Growing Chorus | 500.00 | 1129-000 | | | 2,120.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,095.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,070.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,045.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,020.00 |
| 01/14/13 | | Shirley M. Marik | Sale of misc. items | | | 2,744.00 | | 4,764.00 |
| | {23} | | Textron Stock | 912.00 | 1129-000 | | | 4,764.00 |
| | {24} | | Shares Limited Brands | 592.00 | 1129-000 | | | 4,764.00 |
| | {25} | | Savings Bond | 130.00 | 1129-000 | | | 4,764.00 |
| | {6} | | Denny Dent painting | 765.00 | 1129-000 | | | 4,764.00 |
| | {7} | | two Maggie Thieniman screens | 200.00 | 1129-000 | | | 4,764.00 |
| | {31} | | Itzchak Tarkey painting | 60.00 | 1229-000 | | | 4,764.00 |
| | {32} | | Scarf | 12.50 | 1229-000 | | | 4,764.00 |
| | {32} | | Scarf | 72.50 | 1229-000 | | | 4,764.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033042088 20130117 | | 9999-000 | | 4,764.00 | 0.00 |

Subtotals :  $5,014.00    $5,014.00

{} Asset reference(s)

Printed: 08/29/2013 07:45 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-84075 |
| Case Name: | CARLSON, MARK R. |
| | MARIK, JENNIFER M. |
| Taxpayer ID #: | **-***5429 |
| Period Ending: | 08/29/13 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******36-66 - Checking Account |
| Blanket Bond: | $277,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 5,014.00 | 5,014.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,764.00 | |
| | | | Subtotal | | 5,014.00 | 250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,014.00 | $250.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-84075 | |
| **Case Name:** | CARLSON, MARK R. | |
| | MARIK, JENNIFER M. | |
| **Taxpayer ID #:** | **-***5429 | |
| **Period Ending:** | 08/29/13 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****170366 - Checking Account |
| **Blanket Bond:** | $277,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,764.00 | | 4,764.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,754.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,744.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,734.00 |
| 06/19/13 | 10101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $2,167.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,167.00 | 2,567.00 |
| 06/19/13 | 10102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,153.24, Trustee Compensation;  Reference: | 2100-000 | | 1,153.24 | 1,413.76 |
| 06/19/13 | 10103 | ROCKFORD MERCANTILE AGENCY | Dividend paid 100.00% on $1,011.11; Claim# 1; Filed: $1,011.11; Reference: | 7100-000 | | 1,011.11 | 402.65 |
| 06/19/13 | 10104 | ROCKFORD MERCANTILE AGENCY | Dividend paid 100.00% on $1.61; Claim# 1I; Filed: $1.61; Reference: | 7990-000 | | 1.61 | 401.04 |
| 06/19/13 | 10105 | CARLSON, MARK R. | Dividend paid 100.00% on $401.04; Claim# SURPLUS; Filed: $401.04; Reference: | 8200-002 | | 401.04 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,764.00 | 4,764.00 | $0.00 |
| Less: Bank Transfers | 4,764.00 | 0.00 | |
| **Subtotal** | 0.00 | 4,764.00 | |
| Less: Payments to Debtors | | 401.04 | |
| **NET Receipts / Disbursements** | $0.00 | $4,362.96 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******36-66** | 5,014.00 | 250.00 | 0.00 |
| **Checking # ****170366** | 0.00 | 4,362.96 | 0.00 |
| | $5,014.00 | $4,612.96 | $0.00 |